UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

       Plaintiff,

  v.                            NO. CIV. S-05-2204 LKK/JFM P

COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT and SACRAMENTO
COUNTY JAIL COMMANDER,

       Defendants.
                                  /

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned,

////

////

////

////

1

   IT IS HEREBY ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

DATED: September 6, 2006.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

   IT IS FURTHER ORDERED:

   1.  All currently scheduled dates in the above-captioned action are **VACATED**;

   2.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

   3.  This case is REASSIGNED to the Honorable David F. Levi.

DATED: September 11, 2006.

                              _____
                              DAVID F. LEVI
                              Chief United States District Judge

2