IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

        Plaintiff,                  No. CIV S-05-2204 LKK JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,      ORDER AND

        Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 11, 2006, this court directed plaintiff to file a pretrial statement on or before December 29, 2006. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 11-110.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants are relieved from filing a pretrial statement.

        2. The pretrial conference set for January 19, 2007 is vacated;

        3. The April 10, 2007 jury trial date set before the Honorable Lawrence K. Karlton is vacated; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local Rule 11-110.

1   These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
6  failure to file objections within the specified time may waive the right to appeal the District
7  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: January 3, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; adam2204.fpt