IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

    Plaintiff,                       No. CIV S-05-2204 DFL JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,    ORDER AND

    Defendant.                   REVISED SCHEDULING ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 4, 2007, this court issued findings and recommendations recommending that this action be dismissed based on plaintiff's failure to file a pretrial statement as required by this court's April 11, 2006 order.  However, in Judge Karlton's recusal order of September 13, 2006, the district court vacated "[a]ll currently scheduled dates."  (Id. at 2.)  Good cause appearing, the January 4, 2007 findings and recommendations will be vacated and the case will be rescheduled for trial.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The January 4, 2007 findings and recommendations are vacated;

        2. Discovery closed August 4, 2006.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before March 15, 2007.  Motions shall be briefed in accordance with paragraph 7 of this court's order filed January 17, 2006.

4. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before June 21, 2007.  Defendants shall file their pretrial statement on or before July 5, 2007.  The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

5. Pretrial conference (as described in Local Rule 16-282) is set in this case for July 12, 2007, before the magistrate judge.  The pretrial conference shall be conducted on the file only, without appearance by either party.  A jury trial date will be set in the pretrial order.

DATED:  January 9, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; adam2204.vac