IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

        Plaintiff,                    No. CIV S-05-2204 LKK JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prison inmate, previously incarcerated at the McRae Correctional Facility in Georgia, but presently being held in the Sacramento County Jail for resentencing. Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2007, findings and recommendations issued recommending that plaintiff's motion for summary judgment be denied. On March 15, 2007, defendants filed a motion for summary judgment.

        On April 4, 2007, plaintiff filed a request for extension of time to file objections and to oppose defendants' motion for summary judgment. Good cause appearing, plaintiff's request for extension will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 4, 2007 request for extension of time is granted; and

/////

2. Plaintiff is granted until June 15, 2007 in which to file objections to the March 6, 2007 findings and recommendations and to file an opposition to defendants' March 15, 2007 motion for summary judgment.  Defendant's reply, if any, shall be filed seven days thereafter.

DATED: April 6, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; adam2204.eot