IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

        Plaintiff,                No. CIV S-05-2204 LKK JFM P

   vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.        <u>ORDER</u>

        Plaintiff has filed his second request for an extension of time to file objections to the March 6, 2007 findings and recommendations and to oppose defendants' March 15, 2007 motion for summary judgment. Plaintiff states the district court again continued his re-sentencing hearing to May 16, 2007.

        On May 18, 2007, defendants filed an opposition to plaintiff's request for extension of time. Defendants contend plaintiff has failed to state any cause, other than the continuation of his criminal sentencing, for seeking additional time as required by Fed. R. Civ. P. 6(b). Defendants note they reserved their motion for summary judgment on plaintiff at the Sacramento County Jail on March 23, 2007. Defendants contend plaintiff can prosecute his lawsuit from the County Jail. Defendants argue that plaintiff's prior extension to June 15, 2007 granted plaintiff extensions of 77 days and 80 days, respectively.

/////

Defendants further argue they will be prejudiced by further delay as trial will be further delayed and "the more chance the defendants' witnesses will depart and memories will fade." (Id. at 2-3.)

No good cause appearing, the request will be denied without prejudice to renewal upon a proper showing. Plaintiff's extension to June 15, 2007 is confirmed.

IT IS HEREBY ORDERED that:

1. Plaintiff's May 15, 2007 request for an extension of time is denied without prejudice; and

2. No later than June 15, 2007, plaintiff shall file objections to the March 6, 2007 findings and recommendations and an opposition to defendants' March 15, 2007 motion for summary judgment.

DATED: May 22, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001/mp; adam2204.36sec