IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

    Plaintiff,　　　　　　　　　　　　No. CIV S-05-2204 RRB JFM P

  vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.　　　　　　　　　　　　<u>ORDER</u>

_____/

        On March 15, 2007, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  On April 9, 2007, plaintiff was granted an extension of time until June 15, 2007 in which to file his opposition.  On May 23, 2007, plaintiff's second request for extension of time was denied, and the June 15, 2007 deadline was confirmed.  That date has now passed and plaintiff has not opposed the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On January 17, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed January 17, 2006, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

2. The Clerk of the Court is directed to serve a copy of this order on plaintiff at McRae Correctional Facility, #13785-097, P.O. Drawer 30, McRae, Georgia 31055.

DATED: July 3, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; adam2204.46o