IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

        Plaintiff,                    No. CIV S-05-2204 RRB JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.              **ORDER**

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 6, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On April 9, 2007, plaintiff was granted until June 15, 2007 in which to file objections. On May 23, 2007, plaintiff's second request for extension of time was denied, and the June 15, 2007 deadline was confirmed. That date has now passed and neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 6, 2007 are adopted in full; and

2. Plaintiff's January 19, 2007 motion for summary judgment is denied.

DATED: 9/11/07

UNITED STATES DISTRICT JUDGE

/adam2204.801

2