IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADAMS,

        Plaintiff,                          No. CIV S-05-2204 RRB JFM P

    vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.                    <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 5, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] The findings and recommendations were reserved on plaintiff August 14, 2007, pursuant to his August 13, 2007 request. Twenty days from that date have also passed.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 ORDERED that:
4  1. The findings and recommendations filed July 5, 2007 are adopted in full; and
5  2. This action is dismissed without prejudice. See Fed. R. Civ. P. 16(f); Local
6 Rule 11-110.
7 DATED: 9/11/07

UNITED STATES DISTRICT JUDGE

/adam2204.801b

2