## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| ROLAND ADAMS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF SACRAMENTO; et al.,<br><br>Defendants - Appellees. | No.  07-16808<br>D.C. No.  CV-05-02204-RRB<br><br><br>**ORDER** |

This appeal has been taken in good faith   [  ]

This appeal is not taken in good faith     [ ✓ ]

Explanation: _Plaintiff appeals an order that dismisses the case without prejudice._

_____
Judge
United States District Court

Date: November 15, 2007